7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Rhonda Mae Clark
*Debtor*

*Bankruptcy Case No.*
13–30719–can7

**Norman Rouse**
    Plaintiff(s)

*Adversary Case No.*
14–03013–can

v.

**Vernon Clark**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: that the transfer of the 2006 Gulf travel trailer VIN 1NL1VTR961053837, by the Debtor, Rhonda Mae Clark, to the Defendant, Vernon Clark, is void and is of no effect.
IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Defendant, Vernon Clark, turn over to the Trustee, the 2006 Gulf travel trailer.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 1/12/15

Court to serve